833 F.2d 304
 Fiore (William)
v.
Thornburgh (Richard), DeBenedictus Biddle (Harry), Galida
(Gary), Moore (Homer), Harper (Samuel), Fabian (Terry R.),
Duritsa (Charles A.), Luci(V. Vincent), Orlando (Tony),
Peterson (Daniel), Shack (James R.), Brahosky (James J.),
Campbell (Dale), Frederick (Mark), Vayansky (Thomas),
Wein (Howard), Strain (Dennis), Brandon (Barbara),
Woelfling (Maxine),Gerjudy (Edward), Mill Service, Inc.,
Spencer (Lawrence), Davis (Russell), Berman (Gary W.),
 NO. 87-3310
 United States Court of Appeals,
Third Circuit.
 OCT 15, 1987
 
 1
 Appeal From: W.D.Pa.,
 
 658 F.Supp. 161
 
 2
 AFFIRMED.